IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-MHT |
| DONALD MINEFIELD | ) | |

## ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Donald Minefield's objections to recommendation (doc. no. 2031) are overruled.

(2) The magistrate judge's recommendation (doc. no. 2029) is adopted.

(3) Defendant Minefield's request or motion to file (doc. no. 2027) is denied.

DONE, this the 20th day of September, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE