IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 2:94cr62-MHT |
| | ) | (WO) |
| DONALD MINEFIELD | ) | |

**O R D E R**

The Clerk of Court is hereby DIRECTED to:

(1) strike (a) the pleading styled as a "Writ of Deliverance[:] Motion for Summary Judgment" and (b) the Recommendation of the Magistrate Judge that are currently docketed as Doc. Nos. 2068 and 2069 in the above-styled case;

(2) open a new civil action under 28 U.S.C. § 2255 and docket the same motion and Recommendation in the newly opened civil action;

(3) assign the newly opened civil action to the magistrate judge and district judge to whom the instant case is assigned; and

(4) refer the case file to the appropriate magistrate judge for further proceedings upon completion of the foregoing directives.

Done this 17th day of December, 2012.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE